IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Valentine, Carlton | Case Number: 04 B 18326 |
|---|---|---|
|  | Noble, Stacy Marie | Judge: Wedoff, Eugene R |
|  | Printed: 6/24/08 | Filed: 5/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: May 30, 2008
Confirmed: August 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 32,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 27,434.32 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,294.00 |
| Trustee Fee: |  | 1,671.68 |
| Other Funds: |  | 1,400.00 |
| Totals: | 32,800.00 | 32,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,294.00 | 2,294.00 |
| 2. | AJ Smith Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 4. | Resurgence Financial LLC | Unsecured | 2,473.42 | 4,333.44 |
| 5. | Resurgent Capital Services | Unsecured | 147.89 | 259.06 |
| 6. | Internal Revenue Service | Unsecured | 1,055.53 | 1,849.31 |
| 7. | Discover Financial Services | Unsecured | 2,479.73 | 4,344.52 |
| 8. | Resurgence Financial LLC | Unsecured | 2,479.25 | 4,343.67 |
| 9. | Resurgent Capital Services | Unsecured | 81.61 | 142.97 |
| 10. | World Financial Network Nat'l | Unsecured | 69.82 | 122.32 |
| 11. | RoundUp Funding LLC | Unsecured | 1,196.69 | 2,096.62 |
| 12. | RoundUp Funding LLC | Unsecured | 544.54 | 954.03 |
| 13. | Kohl's/Kohl's Dept Stores | Unsecured | 84.76 | 148.50 |
| 14. | ECast Settlement Corp | Unsecured | 212.23 | 371.78 |
| 15. | Jefferson Capital | Unsecured | 1,626.97 | 2,850.45 |
| 16. | Resurgent Capital Services | Unsecured | 26.74 | 46.84 |
| 17. | Resurgent Capital Services | Unsecured | 1,265.15 | 2,216.54 |
| 18. | Resurgent Capital Services | Unsecured | 160.44 | 281.05 |
| 19. | Resurgent Capital Services | Unsecured | 439.52 | 770.08 |
| 20. | ECast Settlement Corp | Unsecured | 513.26 | 899.25 |
| 21. | ECast Settlement Corp | Unsecured | 411.54 | 720.98 |
| 22. | B-First | Unsecured | 389.78 | 682.91 |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Citibank | Unsecured |  | No Claim Filed |
| 25. | United States Dept Of Education | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Valentine, Carlton | Case Number:  04 B 18326 |
| Noble, Stacy Marie | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  5/10/04 |

_____        _____
$ 17,952.87        $ 29,728.32

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 490.93 |
| 4% | 83.69 |
| 3% | 63.05 |
| 5.5% | 346.27 |
| 5% | 104.60 |
| 4.8% | 200.51 |
| 5.4% | 382.63 |

_____
$ 1,671.68

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

